NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAMS UDDIN and SAMIHA MITWAALLY,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK & CO. and JOHN DOES 1-100,<br><br>Defendants. | Civil Action No. 13-6504 (JLL)<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of Plaintiffs' motion to remand this matter to the Superior Court of New Jersey, Essex County pursuant to 28 U.S.C. § 1447(c). This Court had referred defendants' motions to the Honorable Michael A. Hammer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B). Magistrate Judge Hammer filed a Report and Recommendation in connection with said motions on January 2, 2014. In particular, Magistrate Judge Hammer recommended that Plaintiffs' motion to remand be denied. To date, the Court has received no objection with respect to Magistrate Judge Hammer's Report and Recommendation, and for good cause shown,

**IT IS** on this 22 **day of January, 2013,**

**ORDERED** that the Report and Recommendation of Magistrate Judge Hammer, filed on January 2, 2014 [Docket Entry No. 22], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiffs' motion to remand [Docket Entry No. 14] is **denied.**

1

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge